**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GREGORY LENARD MILLS,

        Plaintiff,

v.                               Case No:   6:22-cv-2253-PGB-LHP

MARIO HICKS and TONI ANN TORRIES,

        Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION FOR REDRESS**    (Doc. No. 11)
>
> **FILED:**      February 27, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff, proceeding *pro se*, has filed the above-styled "Motion for Redress." Doc. No. 11.  In the motion, Plaintiff appears to argue that the Court erred in issuing an Initial Order re: Case Management Deadlines (Doc. No. 3) prior to ruling on his motion to proceed *in forma pauperis* (Doc. No. 2).   *Id*. at 1–2.   Plaintiff further

appears to argue that Defendants have failed to comply with deadlines.  *Id.* at 2. And Plaintiff asks that the Court grant him punitive damages against Defendants and for the return of certain property.  *Id.* at 3.

Upon review, the Motion for Redress (Doc. No. 11) will be **DENIED without prejudice** for failure to comply with the Local Rule 3.01(a) and include a memorandum of legal authority in support.  Relatedly, the motion fails to establish legal entitlement to the relief Plaintiff seeks.

**DONE** and **ORDERED** in Orlando, Florida on March 2, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties